CLOSED,OIL_SPILL,SEVERED_B3,TRANSFER

Jump to Docket Table

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:22−cv−02767−CJB−DPC

Thames v. BP Exploration & Production, Inc. et al  
Assigned to: Judge Carl Barbier  
Referred to: Magistrate Judge Donna Phillips Currault  
Cause: 43:1349 Outer Continental Land Shelf Act  

Date Filed: 08/19/2022  
Date Terminated: 12/22/2022  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Chania Thames**     represented by   **Charles David Durkee**
Downs Law Group, PA
3250 Mary Street
Suite 307
Coconut Grove, FL 33133
305−444−8226
Email: ddurkee@downslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP Exploration & Production, Inc.**

**Defendant**

**BP America Production Company**

**Defendant**

**Transocean Holdings, LLC**

**Defendant**

**Transocean Deepwater, Inc.**

**Defendant**

**Transocean Offshore Deepwater Drilling, Inc.**

**Defendant**

**Halliburton Energy Services, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/19/2022 | Ï 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 402 receipt number ALAEDC–9505728) filed by Chania Thames. (Attachments: # 1 Civil Cover Sheet)Attorney Charles David Durkee added to party Chania Thames(pty:pla).(Durkee, Charles) (Entered: 08/19/2022) |
| 08/19/2022 | Ï 2 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Donna Phillips Currault. (sek) (Entered: 08/19/2022) |
| 08/23/2022 | Ï 3 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, #41 2nd Amended, #68, #68 1st Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO 11, # 2 PTO 12 1st Amended, # 3 PTO 25, # 4 PTO 31, # 5 PTO 41 2nd Amended, # 6 PTO 68, # 7 PTO 68 1st Amended)(gec) (Entered: 08/23/2022) |
| 08/23/2022 | Ï 4 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand–alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10–md–2179). Signed by Judge Carl Barbier. (gec) (Entered: 08/23/2022) |
| 08/23/2022 | Ï 5 | CASE MANAGEMENT ORDER FOR THE B3 BUNDLE. Signed by Judge Carl Barbier.(gec) (Entered: 08/23/2022) |
| 10/18/2022 | Ï 6 | WAIVER OF SERVICE Returned Executed; waiver sent to Halliburton Energy Services, Inc. on 10/10/2022, answer due 12/9/2022. (Durkee, Charles) (Entered: 10/18/2022) |
| 10/18/2022 | Ï 7 | WAIVER OF SERVICE Returned Executed; waiver sent to BP America Production Company on 10/10/2022, answer due 12/9/2022. (Durkee, Charles) (Entered: 10/18/2022) |
| 10/18/2022 | Ï 8 | WAIVER OF SERVICE Returned Executed; waiver sent to BP Exploration & Production, Inc. on 10/10/2022, answer due 12/9/2022. (Durkee, Charles) (Entered: 10/18/2022) |
| 10/18/2022 | Ï 9 | WAIVER OF SERVICE Returned Executed; waiver sent to Transocean Deepwater, Inc. on 10/10/2022, answer due 12/9/2022. (Durkee, Charles) (Entered: 10/18/2022) |
| 10/18/2022 | Ï 10 | WAIVER OF SERVICE Returned Executed; waiver sent to Transocean Holdings, LLC on 10/10/2022, answer due 12/9/2022. (Durkee, Charles) (Entered: 10/18/2022) |
| 10/18/2022 | Ï 11 | WAIVER OF SERVICE Returned Executed; waiver sent to Transocean Offshore Deepwater Drilling, Inc. on 10/10/2022, answer due 12/9/2022. (Durkee, Charles) (Entered: 10/18/2022) |
| 11/07/2022 | Ï 12 | Statement by Chania Thames *PTO 63* (Durkee, Charles) (Entered: 11/07/2022) |
| 11/07/2022 | Ï 13 | Statement by Chania Thames *PTO 66* (Durkee, Charles) (Entered: 11/07/2022) |
| 11/18/2022 | Ï 14 | Statement by Chania Thames *Amended PTO 66* (Durkee, Charles) (Entered: 11/18/2022) |
| 12/22/2022 | Ï 15 | ORDER Severing, Deconsolidating, and Transferring case in the B3 Pleading Bundle to Other District pursuant to 28 USC 1404 as set forth in document; Case transferred to Southern District of Alabama. Signed by Magistrate Judge Donna Phillips Currault on 12/20/2022. (Originally filed in 10md2179, doc. 27481)(lag) (Entered: 12/22/2022) |
| 12/22/2022 | Ï 16 | Joint Omnibus Designation of Record for the B3 Cases. (Attachments: # 1 Appendix)(lag) (Entered: 12/22/2022) |